IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 19 2017
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17CR 56 |
| | § | Judge RC/KNM |
| | § | |
| JAMES KENNETH HORTON | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2250(a) (Failure to register as a sex offender).

From or about May 27, 2017, the exact date being unknown to the Grand Jury, through on or about July 18, 2017, in the Eastern District of Texas and elsewhere, **James Kenneth Horton**, defendant, a person required to register and update his registration under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register and update his registration, all in violation of 18 U.S.C § 2250(a).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____          7-19-17
ALLEN H. HURST                              Date
Assistant United States Attorney

Indictment - Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 6:17CR_____ |
| § | Judge _____ |
| § | |
| JAMES KENNETH HORTON § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 2250(a) (Failure to register as a sex offender).

Penalty: Imprisonment of not more than ten years, a fine not to exceed $250,000, or both; and a term of supervised release of not less than five years to life.

Special Assessment: $100.00